# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

**RECEIVED**
JUL 1 5 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| MIKAYLA EVANS, <br><br> *Plaintiff(s)* <br> v. <br> JOHNSON CITY, et al., <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-106 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Johnson City
c/o City Attorney Sunny Sandez or Mayor Todd Fowler
601 E. Main Street
Johnson City, TN 37601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Dziewulski
Ashleigh Beer-Vineyard
DZ Law, PLLC
800 S. Gay Street, Suite 2131
Knoxville, TN 37929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/21/2024

*Signature of Clerk or Deputy Clerk*

▶ RECEIVED ◀
JUL 0 1 2024       607061

Civil Action No. 2:24-cv-106

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* 7-3-24 .

☐ I personally served the summons on the individual at *(place)* City of Johnson City _____ on *(date)* 7-3-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Kathy Ball _____, who is designated by law to accept service of process on behalf of *(name of organization)* City of Johnson City on *(date)* 7-3-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-3-24

Deputy Diane Mays
Server's signature

Deputy Diane Mays
Printed name and title

Server's address

Additional information regarding attempted service, etc: