# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED
JUL 1 5 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| MIKAYLA EVANS, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24-cv-106 |
| JOHNSON CITY, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeff Legault
769 Double Springs Road
Jonesborough, TN 37659

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Dziewulski
Ashleigh Beer-Vineyard
DZ Law, PLLC
800 S. Gay Street, Suite 2131
Knoxville, TN 37929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/21/2024

*Signature of Clerk or Deputy Clerk*

► RECEIVED ◄
JUL 0 1 2024   6070664

Civil Action No. 2:24-cv-106

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lieutenant John Foister
was received by me on *(date)* July 7, 2024 .

☒ I personally served the summons on the individual at *(place)* 769 Double Springs Rd.
on *(date)* 7-7-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-7-24

*Lt. John S Foister* SD/W CSO
*Server's signature*

Lieutenant John Foister
*Printed name and title*

102 W. Jackson Blvd, Jonesborough TN
*Server's address*

Additional information regarding attempted service, etc: