

**WASHINGTON COUNTY SHERIFF'S OFFICE**
KEITH SEXTON, SHERIFF
P.O. BOX 97
JONESBOROUGH, TN 37659



United States District Court
Knoxville Division
800 Market St Ste 130
Knoxville, TN 37902

RECEIVED JUL 15 2024
Clerk, US District Court
Eastern District of Tennessee
At Knoxville

Case 2:24-cv-00106-JRG-CRW   Document 6-5   Filed 07/15/24   Page 1 of 1   PageID #: 70