IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MIKAYLA EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-CV-00106 |
| ) | |
| JOHNSON CITY, a government entity, ) | |
| ) | |
| KARL TURNER, individually and in his ) | |
| official capacity as Chief of Johnson City ) | |
| Police Department, ) | |
| ) | |
| KEVIN PETERS, individually and in his ) | |
| official capacity as Captain of the Johnson ) | |
| City Police Department, ) | |
| ) | |
| TOMA SPARKS, individually and in his ) | |
| official capacity as Investigator of the ) | |
| Johnson City Police Department, ) | |
| ) | |
| JUSTIN JENKINS, individually and in his ) | |
| official capacity as Investigator of the ) | |
| Johnson City Police Department, ) | |
| ) | |
| JEFF LEGAULT individually and in his ) | |
| official capacity as Investigator of the ) | |
| Johnson City Police Department, ) | |
| ) | |
| BRADY HIGGINS, individually and in his ) | |
| official capacity as Investigator of the ) | |
| Johnson City Police Department, ) | |
| ) | |
| DOES 8-20, inclusive ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING**

The parties hereby appear, by and through counsel, and announce to this Honorable Court

that the Plaintiff agrees to provide all Defendants an extension of time in which to file responsive

pleadings to the Plaintiff's Complaint up to and including August 13, 2024, pursuant to E. D. TN. L.R. 12.1(a).

RESPECTFULLY submitted this 22nd day of July, 2024.

MIKAYLA EVANS

By: /s/Bob Dziewulski, BPR No. 037044 w/permision
BOB DZIEWULSKI, BPR NO. 037044
/s/Ashleigh Beer-Vineyard BPR No. 038399 w/permission
ASHLEIGH BEER-VINEYARD, BPR NO. 038399
DZ LAW, PLLC
800 South Gay Street, Suite 2131
Knoxville, TN 37929
(865) 259-0020
bobdz@dzlaw.co
ashleighbeer@dzlaw.co

KEVIN PETERS

By: /s/Daniel H. Rader III, BPR No. 002835 w/permission
DANIEL H. RADER III, BPR NO. 002835
/s/Daniel H. Rader IV, BPR No. 025998 w/permission
DANIEL H. RADER IV, BPR NO. 025998
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
(931) 526-3311
danrader@moorerader.com
danny@moorerader.com

TOMA SPARKS

By: /s/Kristin Ellis Berexa, BPR No. 014833 w/permission
KRISTIN ELLIS BEREXA, BPR NO. 014833
/s/Ben C. Allen, BPR No. 035923 w/permission
BEN C. ALLEN, BPR NO. 035923
FARRAR & BATES
12 Cadillac Drive, Suite 480

2

Brentwood, TN 37027-5366
(615) 254-3060
kberexa@fbb.law
ballen@fbb.law

JUSTIN JENKINS

By:     /s/Keith H. Grant, BPR No. 023274 w/permission
        KEITH H. GRANT, BPR NO. 023274
        /s/Laura Beth Rufolo, BPR No. 015622 w/permission
        LAURA BETH RUFOLO, BPR NO. 015622
        /s/Philip Aaron Wells, BPR No.036248 w/permission
        PHILIP AARON WELLS, BPR NO. 036248
        ROBINSON, SMITH & WELLS, PLLC
        Suite 700, Republic Centre
        633 Chestnut Street
        Chattanooga, TN  37450
        423-756-5051
        kgrant@rswlaw.com
        lrufolo@rswlaw.com
        awells@rswlaw.com

JOHNSON CITY and KARL TURNER

By:     /s/Reid A. Spaulding, BPR No. 023363
        REID A. SPAULDING, BPR NO. 023363
        WATSON, ROACH, BATSON
        & LAUDERBACK, PLC
        P.O. Box 131
        Knoxville, TN 37901-0131
        865-637-1700
        rspaulding@watsonroach.com

By:     /s/Thomas J. Garland, Jr., BPR No. 011495 w/permission
        THOMAS J. GARLAND, JR., BPR NO. 011496
        MILLIGAN & COLEMAN, PLLP
        230 W. Depot Street
        P.O. Box 1060
        Greeneville, TN 37744
        423-639-6811
        tgarland@milligancoleman.com

3

# CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Bob Dziewulski
Ashleigh Beer-Vineyard
DZ LAW, PLLC
800 South Gay Street, Suite 2131
Knoxville, TN 37929
(865) 259-0020
bobdz@dzlaw.co
ashleighbeer@dzlaw.co

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
(931) 526-3311
danrader@moorerader.com
danny@moorerader.com

Kristin Ellis Berexa
Ben C. Allen
FARRAR & BATES
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
(615) 254-3060
kberexa@fbb.law
ballen@fbb.law

Keith H. Grant
Laura Beth Rufolo
Philip Aaron Wells
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
(423) 756-5051
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

4

Thomas J. Garland, Jr.
MILLIGAN & COLEMAN, PLLP
230 W. Depot Street
P.O. Box 1060
Greeneville, TN 37744
(423) 639-6811
tgarland@milligancoleman.com

Dated this 22nd day of July, 2024.

By: s/Reid A. Spaulding, BPR No. 023363
REID A. SPAULDING, BPR NO. 023363
WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, P.L.C.
Attorneys at Law
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
rspaulding@watsonroach.com