UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| MIKAYLA EVANS, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:24-cv-00106-JRG-CRW |
| | ] | JURY DEMAND |
| JOHNSON CITY, et al., | ] | |
| | ] | |
| Defendants. | ] | |

**KARL TURNER'S STATEMENT OF MATERIAL FACTS**
**<u>IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Comes the defendant, Karl Turner, in his individual capacity, and sets forth the following Statement of Material Facts in support of his Motion for Partial Summary Judgment:

1. On September 19, 2020, Evans fell out of a window of a condominium owned by Sean Williams ("Williams"). *Doc. 50, PageID ##: 737-738 at ¶¶ 29 and 37.*

2. There were two females who reported sexual assaults by Williams to the Johnson City Police Department prior to September 19, 2020. *Declaration of Karl Turner at ¶¶ 4-5.*

3. As of the date that Evans fell out the window, Karl Turner had had no involvement in either of those investigations. *Id.*

Respectfully submitted,

*s/ Thomas J. Garland, Jr.*

Thomas J. Garland, Jr., BPR # 011495
Milligan & Coleman PLLP
P. O. Box 1060
Greeneville, TN 37744-1060
423 639-6811
tgarland@milligancoleman.com

*/s/ Reid A. Spaulding*
Reid A. Spaulding, BPR # 023363
Watson, Roach, Batson & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
rspaulding@watsonroach.com

*Attorneys for Karl Turner, in his individual capacity*