UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| MIKAYLA EVANS, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:24-cv-00106-JRG-CRW |
| | ] | JURY DEMAND |
| JOHNSON CITY, et al., | ] | |
| | ] | |
| Defendants. | ] | |

**JOHNSON CITY'S STATEMENT OF MATERIAL FACTS**
**<u>IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

Comes the defendant, Johnson City[1], and sets forth the following Statement of Material Facts in support of its Motion for Summary Judgment on the issue of the statute of limitations:

1. On September 19, 2020, Mikayla Evans ("Evans") fell out of a window of a condominium owned by Sean Williams ("Williams"). *Doc. 50, PageID ##: 737-738 at ¶¶ 29 and 37.*

2. On June 23, 2022, Kateri Dahl ("Dahl") filed her lawsuit against Johnson City and Karl Turner ("Turner"). *See Exhibit 1 to Johnson City's Alternative Motion to Dismiss and/or for Summary Judgment.*

3. Before and after Dahl filed her lawsuit, Evans exchanged many text messages with Dahl regarding Williams and Johnson City's investigation of both Williams and Evans' fall. *See Declaration of Tom Garland, Jr., at Exhibit A.*

4. On June 21, 2023, Jane Does 1-9 filed suit against Johnson City, Turner, Kevin Peters, Toma Sparks, and Doe officers 5-10 for allegedly discriminating against female victims of

---

[1] "Johnson City" includes the following official capacity defendants: (1) Karl Turner, (2) Kevin Peters, (3) Toma Sparks, (4) Justin Jenkins, (5) Jeff Legault, and (6) Brady Higgins.

Williams. *See Exhibit 2 to Johnson City's Alternative Motion to Dismiss and/or for Summary Judgment.*

5. Counsel for Jane Does 1-9 included Vanessa Baehr-Jones, whose law firm is located in Oakland, California. *See Exhibit 2 at the very last page.*

6. The lawsuit filed by Jane Does 1-9 on June 21, 2023 alleged that on or about June 23, 2022, when Dahl filed her lawsuit, these female plaintiffs learned of the unlawful treatment of complaints against Williams by members of the Johnson City Police Department ("JCPD"). *See Exhibit 2, on the second page of the Does' Complaint in the first full paragraph.*

7. <u>February 9, 2022 texts</u>

Evans tells Dahl that she has been told to sue JCPD; and she makes the statement that "they tanked the crap out of my case so he could get away with another crime. *See Garland Decl., at Exhibit A, Dahl-Evans texts at pages 30-31.*

8. <u>April 19, 2022 texts</u>

Dahl: Dude did you see how that chick who was suing the Sheriff near Chattanooga turned up dead??? I saw the headline and was like this makes me uncomfortable lol

…

Evans: That's why I won't or haven't tried to sue the city. Esp yet and I have already told everyone if I die it wasn't natural or an accident even you

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 31.*

9. <u>April 19, 2022 texts</u>

Evans: [NAME REDACTED] just hit back.

Dahl: OH SHIT

What did she say?!??

Evans: She acts like she don't know but I told my story so let's see where it gets me

I don't want to mention I think the cops let him get away but he'll (sic) they did like 4 or 5 times on my case alone

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 50.*

10. May 5, 2022 texts

Evans: JCPD and FBI are going to let [Sean Williams] get away too

Dahl: Well one thing at a time. Worst case scenario- if he DOES flee, then we are about to embarrass the fuck out of JCPD, even more so than before …

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 54.*

11. June 7, 2022 texts

Evans: Did you get everything moved to your parents any word on your case

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 60.*

12. July 1-2, 2022 texts

Evans telling Dahl that she has two more Jane Does willing to come forward – so a total of 13-14 Jane Does. *See Garland Decl., at Exhibit A, Dahl-Evans texts at page 62.*

13. July 4 and 9, 2022 texts

Dahl asks Evans whether she has contacted Vanessa. And Evans asks her whether it would be better for her to fight it as a group or individual. *See Garland Decl., at Exhibit A, Dahl-Evans texts at pages 65-66.*

14. July 9, 2022 texts

Evans: [Evans sends meme to Dahl that says: Sean Williams DoorDashes JCPD $2,000 Worth of Krispy Kreme as a Token of Gratitude]

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 67.*

15. July 16, 2022 texts

Evans: [She screenshots text messages to Dahl that state in part]

Seems that way and Chief Turner stated he'd only seen one true rape in his 20 years why because you turned the other way

Like wow I'm so pissed off for all of you women because it's not just one or two people doing this this is multiple multiple people

…

Evans: This isn't about Sean but this is about the Johnson City Police Department maybe you want to pass this along to somebody also I know it may not help our cases but this would be a doj issue to get somebody to come in and investigate them because it's obvious that no matter who's in that office rape is not an issue

*See Garland Decl., at Exhibit A, Dahl-Evans texts at pages 75-76.*

16. July 21, 2022 texts

Evans: Hey girl hope everything is good your way! Are we not allow (sic) to talk to you if we sign with Vanessa

Dahl: Hey! Yeah unfortunately that's true, but that's gonna be the case whether you sign up with Vanessa or not. My lawyers have told me that I can't have contact with any of the witnesses anymore so I've gotta follow their advice. It sucks [face emoji]

…

*See Garland Decl., at Exhibit A, Dahl-Evans texts at pages 76-77.*

17. August 26, 2022 texts

| | |
|---|---|
| Evans: | Read wjhl if you don't already know |
| Dahl: | I just saw… Oh boy [and appears to provide link to either article or Answer] |
| Evans: | That's gonna be a he'll (sic) of a fight |
| Dahl: | The truth will prevail. [Emoji] |

*See Garland Decl., at Exhibit A, Dahl-Evans texts at pages 76-77.*

18. August 28, 2022 text

| | |
|---|---|
| Evans: | How about that answer of the defendant? |

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 77.*

19. September 17, 2022 texts

| | |
|---|---|
| Evans: | My lawyer said if you ever come back to TN and want to come to Kingsport she would Gove (sic) you free office space [face emojis] |
| | … |
| Evans: | She said if you ever wanna come this way and give them the middle finger her [door] is always open |

*Id.*

20. October 27, 2022 texts

| | |
|---|---|
| Evans: | You know if my lawyer contacted yours for a phone conference |
| Dahl: | I haven't heard anything, what's up? |
| Evans: | I guess she has questions idk |

*Id.*

21. November 2, 2022 texts

Dahl: What's your attorney's name, btw?

Evans: Julie canter

I think we can all help each other. Don't guess the CA lawyers wanted part or if they have done what they needed to find tn lawyers to help

*See Garland Decl., at Exhibit A, Dahl-Evans texts at page 78.*

22. On June 20, 2024, Evans filed this lawsuit. *Doc. 1, PageID #: 1.*

Respectfully submitted,

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
Milligan & Coleman PLLP
P. O. Box 1060
Greeneville, TN 37744-1060
423 639-6811
tgarland@milligancoleman.com

*/s/ Reid A. Spaulding*
Reid A. Spaulding, BPR # 023363
Watson, Roach, Batson & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
rspaulding@watsonroach.com

*Attorneys for Johnson City, and the following defendants in their official capacity only: Karl Turner, Kevin Peters, Toma Sparks, Justin Jenkins, Jeff Legault, and Brady Higgins*