UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| MIKAYLA EVANS,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON CITY, et al.,<br><br>Defendants. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | No. 2:24-cv-00106-JRG-CRW<br>JURY DEMAND |

**NOTICE OF COMPLIANCE ON BEHALF OF**
**KARL TURNER, INDIVIDUALLY, AND JOHNSON CITY**

In compliance with this Court's Order [Doc. 3, PageID #: 40], undersigned counsel for Karl Turner, individually, and Johnson City ("these defendants") represent that the parties have not identified any ground raised in these defendants' Motions to Dismiss that they believe is curable by further amendment.

By way of history, these defendants initially sent to plaintiff's counsel draft briefs in support of their Motions to Dismiss the original Complaint. The plaintiff then filed a First Amended Complaint. The defendants offered to confer further but received no response to that invitation. These defendants then filed their Motions to Dismiss that raised the same issues identified in the draft briefs previously sent. Prior to any ruling, the plaintiff filed a Second Amended Complaint, which rendered moot the pending Motions to Dismiss. The Second Amended Complaint asserts no new claims against these defendants. These defendants offered to confer further, but received no response, which was expected since the Motions to Dismiss raise the same issues as the previously filed Motions to Dismiss.

In light of the foregoing, these defendants represent that they have complied with this

Court's Order [Doc. 3, PageID #: 40].

Respectfully submitted,

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
Milligan & Coleman PLLP
P. O. Box 1060
Greeneville, TN 37744-1060
423 639-6811
tgarland@milligancoleman.com

*/s/ Reid A. Spaulding*
Reid A. Spaulding, BPR # 023363
Watson, Roach, Batson & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
rspaulding@watsonroach.com

*Attorneys for Johnson City and the six defendants in their official capacities; and Karl Turner, in his individual capacity*