UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| MIKAYLA EVANS, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:24-cv-00106-JRG-CRW |
| | ] | JURY DEMAND |
| JOHNSON CITY, et al., | ] | |
| | ] | |
| Defendants. | ] | |

**MOTION TO WITHDRAW WITHOUT PREJUDICE THE MOTION FOR PARTIAL SUMMARY JUDGMENT FILED ON BEHALF OF KARL TURNER, INDIVIDUALLY**

On February 3, 2025, Karl Turner, in his individual capacity, filed an Alternative Motion to Dismiss and/or for Partial Summary Judgment. [Doc. 55, PageID #: 805]. On March 3, 2025, counsel for Mikayla Evans filed a declaration pursuant to Federal Rule of Civil Procedure 56(f) stating that the plaintiff needs discovery as to the information provided by Karl Turner in his declaration in support of his Motion for Partial Summary Judgment. [Doc. 78, PageID #: 1199]. Karl Turner respectfully requests that he be allowed to withdraw his Motion for Partial Summary Judgment without prejudice, and that his Motion to Dismiss proceeds as filed.

Respectfully submitted,

*s/ Thomas J. Garland, Jr.*

Thomas J. Garland, Jr., BPR # 011495
Milligan & Coleman PLLP
P. O. Box 1060
Greeneville, TN 37744-1060
423 639-6811
tgarland@milligancoleman.com

*/s/ Reid A. Spaulding*
Reid A. Spaulding, BPR # 023363
Watson, Roach, Batson & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
rspaulding@watsonroach.com

*Attorneys for Karl Turner, in his individual capacity*