**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

| | | |
|---|---|---|
| MIKAYLA EVANS,<br><br>Plaintiff,<br>v.<br><br>JOHNSON CITY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:24-cv-00106 |

---

**NOTICE OF WITHDRAWAL OF NATHANIEL R. OGLE AS CO-COUNSEL FOR PLAINTIFF**

---

Nathaniel R. Ogle of Burks & Ogle, PLLC ("Counsel") gives notice of his withdrawal as co-counsel of record for Plaintiff Mikayla Evans pursuant to E.D. Tenn. L.R. 83.4(f), and states as follows:

1. Counsel filed a notice of appearance as co-counsel for Plaintiff on July 9, 2026.
2. Plaintiff remains represented by Robert A. Dziewulski and Ashleigh Beer-Vineyard of DZ Law, PLLC, who continue as counsel of record.
3. Local Rule 83.4(f) provides that "[w]here a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal." Plaintiff will remain represented by other counsel of record, so leave of Court is not required. E.D. Tenn. L.R. 83.4(e)–(f).
4. Counsel's withdrawal will not delay these proceedings and can be accomplished without material adverse effect on Plaintiff's interests. *See* Tenn. Sup. Ct. R. 8, RPC 1.16(b)(1);

E.D. Tenn. L.R. 83.6.

5. Counsel will cooperate with remaining counsel to ensure an orderly transition, including providing any case materials or work product needed for continuity of representation. Tenn. Sup. Ct. R. 8, RPC 1.16(d).

**WHEREFORE,** Counsel respectfully requests that the Clerk terminate Nathaniel R. Ogle as counsel of record for Plaintiff and remove him from the CM/ECF service list for this action.

Respectfully submitted this 21st day of October 2026.

*/s/ Nathaniel R. Ogle*
Nathaniel R. Ogle, BPR #032286
Burks & Ogle, PLLC
800 South Gay Street, Suite 1900
Knoxville, TN 37929
(865) 522-4964
Nate@Knoxlegalteam.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2026, a copy of the foregoing Notice of Withdrawal was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Reid A. Spaulding
Emily C. Taylor
WATSON, ROACH, BATSON & LAUDERBACK, PLC
P.O. Box 131
Knoxville, TN 37901-0131
865-637-1700
rspaulding@watsonroach.com
etaylor@watsonroach.com

Grace Patton
Kristin Ellis Berexa
FARRAR & BATES
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
(615) 254-3060
kberexa@fbb.law gpatton@fbb.law
*Attorneys for Toma Sparks*

Laura Beth Rufolo
Philip Aaron Wells
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre 633 Chestnut Street
Chattanooga, TN 37450
423-756-5051
lrufolo@rswlaw.com awells@rswlaw.com
*Attorneys for Justin Jenkins, Brady Higgins, and Jeff Legault*

Thomas J. Garland, Jr.
MILLIGAN & COLEMAN, PLLP
230 W. Depot Street
P.O. Box 1060
Greeneville, TN 37744
423-639-6811
tgarland@milligancoleman.com
*Attorneys for Johnson City and Karl Turner*

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
(931) 526-3311
danrader@moorerader.com
danny@moorerader.com
*Attorneys for Kevin Peters*

Robert A. Dziewulski
Ashleigh Beer-Vineyard
DZ Law, PLLC
4315 Kingston Pike, Ste. 210
Knoxville, TN 37919
865-259-0020
bobdz@dzlaw.co
ashleighbeer@dzlaw.co
*Attorneys for Plaintiff*

*/s/ Nathaniel R. Ogle*
Nathaniel R. Ogle