**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

| | | |
|---|---|---|
| MIKAYLA EVANS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:24-CV-00106 |
| | ) | |
| JOHNSON CITY et al., | ) | |
| | ) | |
| Defendants | ) | |

---

**MOTION FOR SUMMARY JUDGMENT BY**
**JUSTIN JENKINS AND JEFF LEGAULT**
**FED. R. CIV. P. 56**

---

Justin Jenkins and Jeff Legault, in their individual capacities, hereby move for summary judgment with respect to the claims that remain pending against them in the Third Amended Complaint[1]. Jenkins and Legault submit summary judgment should be granted their favor for the following reasons:

1. Summary judgment should be granted for Jenkins and Legault on the Plaintiff's due process claim in Count V because (1) there is no evidence to support the allegations of corruption; and (2) neither Jenkins or Legault committed an affirmative act that exposed the Plaintiff to any specific harm or danger as opposed to the public-at-large.

2. There is no evidence that Jenkins or Legault entered into any conspiratorial agreement with Williams to protect him from prosecution in exchange for money. Accordingly, Jenkins and

[1] Plaintiff's counsel has agreed to dismiss the claims against Legault, with prejudice. To that end, Plaintiff has filed a motion to amend and a proposed Fourth Amended Complaint that does not include Legault as a party. Nonetheless, as of the time of this filing, no ruling on the Plaintiff's motion to amend has been made, and the proposed Fourth Amended Complaint has not been entered. Accordingly, out of an abundance of caution, Legault moves for summary judgment with respect to the claims against him in the Third Amended Complaint.

Legault are due to be granted summary judgment on the conspiracy claim in Count II.

3. Jenkins and Legault are entitled to qualified immunity.

4. The Plaintiff's intentional infliction of emotional distress claim against Jenkins should be dismissed because there is no evidence of any intentional or reckless conduct by Jenkins that caused her any injury.

In addition to the memorandum filed contemporaneously herewith, Jenkins and Legault rely upon the following exhibits:

1. Excerpts from the deposition of Mikayla Evans;

2. Excerpts from the deposition of Justin Jenkins;

3. Excerpts from the deposition of Jeff Legault; and

4. Excerpts from the deposition of Toma Sparks.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, PC

By: s/ *Philip Aaron Wells*

Laura Beth Rufolo, BPR# 015622
Philip Aaron Wells, BPR# 036248
601 Market St., Suite 400
Chattanooga, TN 37402
Telephone: (423) 756-5051
*Attorneys for Justin Jenkins and Jeff Legault, in their individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on October 22, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Spears, Moore, Rebman & Williams, PC

By: s/ *Philip Aaron Wells*